# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM J. TOLEFREE,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 19-cv-02836-KAW<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 6 |

On May 29, 2019, the Court granted Plaintiff's application to proceed in forma pauperis. (Dkt. No. 6.) the Court, however, explained that the complaint did not include all of the information contained in the court's "Social Security Complaint for Judicial Review of Decision by Commissioner," such as the last four digits of Plaintiff's social security number. The Court therefore ordered Plaintiff to file the "Social Security Complaint for Judicial Review of Decision by Commissioner" by June 7, 2019.

As of the date of this order, Plaintiff has not filed the complaint as required by the Court. Accordingly, the Court ORDERS Plaintiff to show cause, by **June 24, 2019**, why this case should not be dismissed for failure to comply with court orders by: (1) filing a completed "Social Security Complaint for Judicial Review of Decision by Commissioner," and (2) explaining why Plaintiff failed to comply with the Court's order.

IT IS SO ORDERED.

Dated: June 17, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge